# Exhibit

# 4



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

November 9, 2020

**VIA EMAIL: smiller@millerlegalpartners.com**
Samuel F. Miller, Esq.
424 Church Street
Suite #2000
Nashville, TN 37219

Re:   Otto Archive LLC v. Paper and Pencil
        Our File No.:  00744-0001

Dear Mr. Miller,

**We are a law firm making a claim on behalf of our client.  We know that this is
reaching you during a difficult and trying time and that you may have more pressing
concerns. We appreciate that responding to this letter may not be your first
priority.  However, we must receive a response from you so that we know that you are
taking this matter seriously, even if you need more time to hire a lawyer or report this
claim to your insurance carrier.  If we hear from you then we can work with you to
understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client Otto Archive LLC, a photograph licensing agent, for
purposes of resolving a case of copyright infringement against you by our client.  This
demand is privileged from disclosure pursuant to FRE Rule 408.

We are writing this to you because we were informed you represent Paper and Pencil.
Please provide this letter to your client's general liability insurance carriers or other
providers of insurance that may cover this claim. This is our client's last attempt to
resolve this matter before proceeding to litigation.

*Otto Archive LLC ("Otto")*
OTTO is dedicated to licensing design, architectural and interior imagery of preeminent
architects and designers from around the world as captured by master contemporary
photographers. Their collection also features unique location, landscape, and industrial
images. With an unparalleled focus on customer service and premiere imagery, OTTO's
commitment to clients and photographers sets it apart from other agencies. We provide

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.sriplaw.com | info@sriplaw.com

the environment, business sensibilities and experience within syndication that are being sought by clients as an alternative to traditional corporate agencies.

Otto retains all copyrights to its photographs.  Otto licenses its copyrighted Works, such as the one in this case, for commercial use.

Otto created the images, hereinafter referred to as the "Works"

The Works at issue is shown below.



**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.sriplaw.com | info@sriplaw.com





**CALIFORNIA**

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**

12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**

21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**

818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.sriplaw.com | info@sriplaw.com

Case 3:21-cv-00044 Document 1-4 Filed 01/20/21 Page 5 of 101 PageID #: 125





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.sriplaw.com | info@sriplaw.com





CALIFORNIA

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

GEORGIA

12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA

21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

TENNESSEE

818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.sriplaw.com | info@sriplaw.com





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.sriplaw.com | info@sriplaw.com

Case 3:21-cv-00044   Document 1-4   Filed 01/20/21   Page 8 of 101 PageID #: 128





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Case 3:21-cv-00044   Document 1-4   Filed 01/20/21   Page 9 of 101 PageID #: 129

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.snlplaw.com  |  info@snlplaw.com





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.snlplaw.com | info@snlplaw.com

Case 3:21-cv-00044 Document 1-4 Filed 01/20/21 Page 11 of 101 PageID #: 131





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.snlplaw.com | info@snlplaw.com

Case 3:21-cv-00044 Document 1-4 Filed 01/20/21 Page 12 of 101 PageID #: 132





CALIFORNIA

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

GEORGIA

12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA

21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

TENNESSEE

818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.snlplaw.com | info@snlplaw.com





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.sniplaw.com | info@sniplaw.com

Case 3:21-cv-00044 Document 1-4 Filed 01/20/21 Page 14 of 101 PageID #: 134





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Case 3:21-cv-00044   Document 1-4   Filed 01/20/21   Page 15 of 101 PageID #: 135





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.snlplaw.com | info@snlplaw.com

Case 3:21-cv-00044 Document 1-4 Filed 01/20/21 Page 16 of 101 PageID #: 136





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.snplaw.com | info@snplaw.com





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.snlplaw.com | info@snlplaw.com





CALIFORNIA

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

GEORGIA

12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA

21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

TENNESSEE

818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.snlplaw.com  |  info@snlplaw.com

Case 3:21-cv-00044   Document 1-4   Filed 01/20/21   Page 19 of 101 PageID #: 139





**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.srhlaw.com | info@srhlaw.com

Otto registered the Works with the Register of Copyrights, a copy of which is enclosed.

*Infringement by Paper and Pencil ("P&P")*

We have enclosed contemporaneous evidence of the infringement by P&P. You have employed our client's Work in at least the manner indicated in the evidence attached. You are fully aware that the Work you used is our client's Work. No one from your company ever sought a license from our client to use the Work for any purpose.

You have copied, displayed and distributed our client's Work without permission, license or consent. The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act. The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation. This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Work. Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Work, please provide us with this evidence so we may avoid further controversy or litigation. Otherwise, we will be forced to assume that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to Otto when a work is infringed or altered. Section 504 permits Otto to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales. Otto's photographs are of the highest quality. Otto's photographs are also scarce since it is one of the only sources of such quality photographs.

Otto's damages are not limited to what it would have agreed to license the Work for prior to the infringement. Rather, Otto's actual damages will be measured by the fair market value of the photograph considering P&P's use to sell and promote its business. Otto's actual damages must be measured in light of P&P's use of Otto's high quality and unique Work.

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 1801 Century Park East Suite 1100 Los Angeles, CA 90067 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350 | Fax: 561.404.4353 | www.snlplaw.com | info@snlplaw.com

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs. See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, Otto can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Otto to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Otto will also be entitled to P&P's profits from the infringement, based upon the revenue P&P earned in connection with the use of Otto's Work.

There is also the possibility that a judge or jury could determine that P&P's infringement was willful. If P&P's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1.  the full nature and extent of the use of our client's Work, in any and all formats;

2.  representative copies in any and all tangible form and media in which our client's Work was incorporated or employed; and

3.  the source of the Work.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers. If we do not receive a response from you or a representative by November 23, 2020, we will take further steps to protect our client's rights.

CALIFORNIA
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

GEORGIA
12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

TENNESSEE
818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.snlplaw.com   |   info@snlplaw.com

We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/tsu
Enclosures

CALIFORNIA

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

GEORGIA

12 Powder Springs St.
Suite 200
Marietta, GA 30064

FLORIDA

21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

TENNESSEE

818 18th Ave. S.
10th Floor
Nashville, TN 37203

NEW YORK

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350 | Fax: 561.404.4353 | www.sriplaw.com | info@sriplaw.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



Registration Number

## VA 2-214-550

**Effective Date of Registration:**
August 21, 2020
**Registration Decision Date:**
August 24, 2020

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 02, 2020 to June 25, 2020

## Title

**Title of Group:** Stephen Kent Johnson 2020 Q 1 & 2
**Number of Photographs in Group:** 160

- **Individual Photographs:** OT210984, OT210983, OT210982, OT210981, OT210980, OT210979, OT210978, OT210977, OT210976, OT213056, OT213047, OT213033, OT213020, OT213007, OT213001, OT212984, OT212866, OT212875, OT212889, OT212901, OT212911, OT212924, OT212937, OT212949, OT212967, OT212975, OT210994, OT210993, OT210992, OT210991, OT210990, OT210989, OT210988, OT210987, OT210986, OT210985
  **Published:** January 2020

- **Individual Photographs:** OT29575, OT29570, OT29569, OT29568, OT29567, OT29566, OT29565, OT29564, OT29563, OT29562, OT29561, OT29560, OT29559, OT29558, OT29557, OT29544, OT214193, OT214208, OT214206, OT214205, OT214204, OT214203, OT214202, OT214200, OT214199, OT214198, OT214194, OT214209, OT214207, OT29970, OT29971, OT29972, OT29973, OT29974, OT29975, OT29976, OT29992, OT29993, OT29969
  **Published:** February 2020

- **Individual Photographs:** OT229928, OT229933, OT229932, OT229931, OT229930, OT229929, OT229927, OT229926, OT229924, OT229925, OT229922, OT229923, OT229919, OT229921, OT229920, OT229918, OT229917, OT229915, OT229916
  **Published:** March 2020

- **Individual Photographs:** OT233160, OT233125, OT233138, OT233139, OT233140, OT233141, OT233142, OT233143, OT233144, OT233145, OT233146, OT233151, OT233152, OT233153, OT233154, OT233155, OT233156, OT233157, OT233158, OT233159, OT233165, OT233164, OT233163, OT233162, OT233161
  **Published:** April 2020

- **Individual Photographs:** OT229808, OT229819, OT229818, OT229817, OT229816, OT229815, OT229814, OT229812, OT229813, OT229811, OT229810, OT229809, OT229807, OT229169, OT229168, OT229176, OT229175, OT229173, OT229171, OT229170, OT234588, OT234587, OT234565, OT234566,

Page 1 of 3

Case 3:21-cv-00044   Document 1-4   Filed 01/20/21   Page 24 of 101 PageID #: 144

**Published:** June 2020

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** January 02, 2020
**Latest Publication Date in Group:** June 25, 2020
**Nation of First Publication:** United States

## Author

- **Author:** Stephen Kent Johnson
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Stephen Kent Johnson
180 Park Row Apt 10C, New York, NY 10038, United States

## Rights and Permissions

**Organization Name:** OTTO Image, LLC.
**Name:** Bill Hannigan
**Email:** bill@ottoarchive.com
**Telephone:** (212)777-0078
**Address:** 793 Broadway 2nd Floor
New York, NY 10003 United States

## Certification

**Name:** Joe G. Naylor
**Date:** August 21, 2020
**Applicant's Tracking Number:** USCO-06788

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains



750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding publication: Title List states "approx. January / 2020 - approx. June / 2020".



USCO Registration #: **Not yet issued**

USCO Registration Date: **October 12, 2020**

USCO Application Case #: **1-9464014481**

# IMAGERIGHTS DEPOSIT COPY CERTIFICATE OF WARRANTY

## UNITED STATES COPYRIGHT OFFICE (USCO) REGISTRATION

**ImageRights International, Inc. (ImageRights) is the Applicant** of the aforementioned U.S. Copyright Office registration.

**ImageRights is the duly Authorized Agent** of the Author and Claimant cited in the aforementioned U.S. Copyright Office registration.

**Deposit Copy:** Per the *Compendium of Copyright Office Practices, Third Edition,* (www.copyright.gov/comp3/) the deposit copy is "a physical or electronic embodiment of a work. For copyright registration purposes, the deposit copy should be clear and should contain all of the authorship that the applicant intends to register."

**IMAGERIGHTS WARRANTS THAT THE IMAGES PRESENTED BELOW ARE RESCALED (AND OTHERWISE UNMODIFIED) COPIES OF THE DEPOSIT COPIES SUBMITTED TO THE U.S. COPYRIGHT OFFICE, ALONG WITH THE APPLICATION FOR THE AFOREMENTIONED COPYRIGHT REGISTRATION, AS REQUIRED BY THE *COMPENDIUM OF COPYRIGHT OFFICE PRACTICES, THIRD EDITION, CHAPTERS 1100 AND 1500.***

This document was created on October 12, 2020.

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9464014481
Page 1 of 4





**OT233736** (approx. Aug 01, 2018)



**OT233735** (approx. Aug 01, 2018)



**OT233734** (approx. Aug 01, 2018)



**OT233733** (approx. Aug 01, 2018)



**OT233732** (approx. Aug 01, 2018)



**OT233731** (approx. Aug 01, 2018)



**OT233730** (approx. Aug 01, 2018)



**OT233729** (approx. Aug 01, 2018)



**OT233728** (approx. Aug 01, 2018)



**OT233727** (approx. Aug 01, 2018)



**OT233726** (approx. Aug 01, 2018)



**OT233725** (approx. Aug 01, 2018)



**OT233724** (approx. Aug 01, 2018)



**OT233722** (approx. Aug 01, 2018)



**OT233721** (approx. Aug 01, 2018)



**OT233720** (approx. Aug 01, 2018)



**OT233719** (approx. Aug 01, 2018)



**OT233718** (approx. Aug 01, 2018)



**OT233717** (approx. Aug 01, 2018)



**OT233716** (approx. Aug 01, 2018)



**OT233715** (approx. Aug 01, 2018)



**OT233714** (approx. Aug 01, 2018)



**OT233713** (approx. Aug 01, 2018)



**OT233712** (approx. Aug 01, 2018)



**OT233711** (approx. Aug 01, 2018)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9464014481
Page 2 of 4




**OT233710** (approx. Aug 01, 2018)


**OT233709** (approx. Aug 01, 2018)


**OT233708** (approx. Aug 01, 2018)


**OT233707** (approx. Aug 01, 2018)


**OT233706** (approx. Aug 01, 2018)


**OT233705** (approx. Aug 01, 2018)


**OT233704** (approx. Aug 01, 2018)


**OT233703** (approx. Aug 01, 2018)


**OT233702** (approx. Aug 01, 2018)


**OT233701** (approx. Aug 01, 2018)


**OT233700** (approx. Aug 01, 2018)


**OT233699** (approx. Aug 01, 2018)


**OT233698** (approx. Aug 01, 2018)


**OT233697** (approx. Aug 01, 2018)


**OT233696** (approx. Aug 01, 2018)


**OT233695** (approx. Aug 01, 2018)


**OT233694** (approx. Aug 01, 2018)


**OT233693** (approx. Aug 01, 2018)


**OT233692** (approx. Aug 01, 2018)


**OT233691** (approx. Aug 01, 2018)


**OT233690** (approx. Aug 01, 2018)


**OT233689** (approx. Aug 01, 2018)


**OT233688** (approx. Aug 01, 2018)


**OT233687** (approx. Aug 01, 2018)


**OT233686** (approx. Aug 01, 2018)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9464014481
Page 3 of 4





**OT233685** (approx. Aug 01, 2018)



**OT233684** (approx. Aug 01, 2018)



**OT233683** (approx. Aug 01, 2018)



**OT233669** (approx. Aug 01, 2018)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9464014481
Page 4 of 4



USCO Registration #: **Not yet issued**

USCO Registration Date: **October 12, 2020**

USCO Application Case #: **1-9470702401**

# IMAGERIGHTS DEPOSIT COPY CERTIFICATE OF WARRANTY

## UNITED STATES COPYRIGHT OFFICE (USCO) REGISTRATION

**ImageRights International, Inc. (ImageRights) is the Applicant** of the aforementioned U.S. Copyright Office registration.

**ImageRights is the duly Authorized Agent** of the Author and Claimant cited in the aforementioned U.S. Copyright Office registration.

**Deposit Copy:** Per the *Compendium of Copyright Office Practices, Third Edition,* (www.copyright.gov/comp3/) the deposit copy is "a physical or electronic embodiment of a work. For copyright registration purposes, the deposit copy should be clear and should contain all of the authorship that the applicant intends to register."

**IMAGERIGHTS WARRANTS THAT THE IMAGES PRESENTED BELOW ARE RESCALED (AND OTHERWISE UNMODIFIED) COPIES OF THE DEPOSIT COPIES SUBMITTED TO THE U.S. COPYRIGHT OFFICE, ALONG WITH THE APPLICATION FOR THE AFOREMENTIONED COPYRIGHT REGISTRATION, AS REQUIRED BY THE *COMPENDIUM OF COPYRIGHT OFFICE PRACTICES, THIRD EDITION, CHAPTERS 1100 AND 1500.***

This document was created on October 12, 2020.

ImageRights International, Inc.
51 Melcher Street, 1ˢᵗ Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9470702401
Page 1 of 7




**OT22688** (approx. Sep 11, 2019)


**OT22687** (approx. Sep 11, 2019)


**OT22686** (approx. Sep 11, 2019)


**OT22685** (approx. Sep 11, 2019)


**OT22684** (approx. Sep 11, 2019)


**OT22683** (approx. Sep 11, 2019)


**OT22681** (approx. Sep 11, 2019)


**OT22682** (approx. Sep 11, 2019)


**OT22680** (approx. Sep 11, 2019)


**OT22679** (approx. Sep 11, 2019)


**OT22678** (approx. Sep 11, 2019)


**OT22677** (approx. Sep 11, 2019)


**OT22676** (approx. Sep 11, 2019)


**OT22675** (approx. Sep 11, 2019)


**OT22674** (approx. Sep 11, 2019)


**OT22673** (approx. Sep 11, 2019)


**OT22672** (approx. Sep 11, 2019)


**OT22671** (approx. Sep 11, 2019)


**OT22670** (approx. Sep 11, 2019)


**OT22669** (approx. Sep 11, 2019)


**OT22668** (approx. Sep 11, 2019)


**OT22667** (approx. Sep 11, 2019)


**OT1285398** (approx. Feb 13, 2019)


**OT1285397** (approx. Feb 13, 2019)


**OT1285396** (approx. Feb 13, 2019)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9470702401
Page 2 of 7





**OT1285395** (approx. Feb 13, 2019)



**OT1285394** (approx. Feb 13, 2019)



**OT1285393** (approx. Feb 13, 2019)



**OT1285392** (approx. Feb 13, 2019)



**OT1285391** (approx. Feb 13, 2019)



**OT1285390** (approx. Feb 13, 2019)



**OT1285389** (approx. Feb 13, 2019)



**OT1285388** (approx. Feb 13, 2019)



**OT1285387** (approx. Feb 13, 2019)



**OT1285386** (approx. Feb 13, 2019)



**OT1285385** (approx. Feb 13, 2019)



**OT1285384** (approx. Feb 13, 2019)



**OT1285383** (approx. Feb 13, 2019)



**OT1285382** (approx. Feb 13, 2019)



**OT1285381** (approx. Feb 13, 2019)



**OT1285380** (approx. Feb 13, 2019)



**OT1285379** (approx. Feb 13, 2019)



**OT1285378** (approx. Feb 13, 2019)



**OT1285377** (approx. Feb 13, 2019)



**OT1285376** (approx. Feb 13, 2019)



**OT1285375** (approx. Feb 13, 2019)



**OT1285374** (approx. Feb 13, 2019)



**OT1285373** (approx. Feb 13, 2019)



**OT1285372** (approx. Feb 13, 2019)



**OT1285371** (approx. Feb 13, 2019)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9470702401
Page 3 of 7




**OT1285370** (approx. Feb 13, 2019)


**OT1285369** (approx. Feb 13, 2019)


**OT1285368** (approx. Feb 13, 2019)


**OT1285366** (approx. Apr 03, 2019)


**OT1285365** (approx. Apr 03, 2019)


**OT1285364** (approx. Apr 03, 2019)


**OT1285362** (approx. Apr 03, 2019)


**OT1285361** (approx. Apr 03, 2019)


**OT1285358** (approx. Apr 03, 2019)


**OT1285357** (approx. Apr 03, 2019)


**OT1285355** (approx. Apr 03, 2019)


**OT1285354** (approx. Apr 03, 2019)


**OT1285353** (approx. Apr 03, 2019)


**OT1285351** (approx. Apr 03, 2019)


**OT1285350** (approx. Apr 03, 2019)


**OT1285349** (approx. Apr 03, 2019)


**OT1285346** (approx. Apr 03, 2019)


**OT1285345** (approx. Apr 03, 2019)


**OT1285344** (approx. Apr 03, 2019)


**OT1285319** (approx. May 20, 2019)


**OT1285318** (approx. May 20, 2019)


**OT1285317** (approx. May 20, 2019)


**OT1285316** (approx. May 20, 2019)


**OT1285315** (approx. May 20, 2019)


**OT1285314** (approx. May 20, 2019)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9470702401
Page 4 of 7





**OT1285313** (approx. May 20, 2019)



**OT1285312** (approx. May 20, 2019)



**OT1285311** (approx. May 20, 2019)



**OT1285310** (approx. May 20, 2019)



**OT1285309** (approx. May 20, 2019)



**OT1285308** (approx. May 20, 2019)



**OT1285307** (approx. May 20, 2019)



**OT1285306** (approx. May 20, 2019)



**OT1285305** (approx. May 20, 2019)



**OT1285304** (approx. May 20, 2019)



**OT1285303** (approx. May 20, 2019)



**OT1285302** (approx. May 20, 2019)



**OT1285301** (approx. May 20, 2019)



**OT1285300** (approx. May 20, 2019)



**OT1285277** (approx. May 20, 2019)



**OT1285276** (approx. May 20, 2019)



**OT1285275** (approx. May 20, 2019)



**OT1282978** (approx. Mar 12, 2019)



**OT1282977** (approx. Mar 12, 2019)



**OT1282957** (approx. Mar 12, 2019)



**OT1282950** (approx. Mar 12, 2019)



**OT1282760** (approx. Mar 12, 2019)



**OT1282738** (approx. Mar 12, 2019)



**OT1282737** (approx. Mar 12, 2019)



**OT1282736** (approx. Mar 12, 2019)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9470702401
Page 5 of 7




**OT1282735** (approx. Mar 12, 2019)


**OT1282734** (approx. Mar 12, 2019)


**OT1282712** (approx. Jun 11, 2019)


**OT1282711** (approx. Jun 11, 2019)


**OT1282710** (approx. Jun 11, 2019)


**OT1282709** (approx. Jun 11, 2019)


**OT1282708** (approx. Jun 11, 2019)


**OT1282707** (approx. Jun 11, 2019)


**OT1282698** (approx. Jun 11, 2019)


**OT1282697** (approx. Jun 11, 2019)


**OT1282686** (approx. Jun 11, 2019)


**OT1282685** (approx. Jun 11, 2019)


**OT1282684** (approx. Jun 11, 2019)


**OT1282683** (approx. Jun 11, 2019)


**OT1282682** (approx. Jun 11, 2019)


**OT1282681** (approx. Jun 11, 2019)


**OT1282641** (approx. Jun 11, 2019)


**OT1282639** (approx. Jun 11, 2019)


**OT1282638** (approx. Jun 11, 2019)


**OT1282637** (approx. Jun 11, 2019)


**OT1282636** (approx. Jun 11, 2019)


**OT1282635** (approx. Jun 11, 2019)


**OT1282634** (approx. Jun 11, 2019)


**OT1282633** (approx. Jun 11, 2019)


**OT1282632** (approx. Jun 11, 2019)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9470702401
Page 6 of 7




**OT1282631** (approx. Jun 11, 2019)


**OT1282622** (approx. Jun 11, 2019)


**OT1282610** (approx. Jun 11, 2019)


**OT1282585** (approx. Jun 11, 2019)


**OT1282583** (approx. Jun 11, 2019)


**OT1282581** (approx. Jun 11, 2019)


**OT1282580** (approx. Jun 11, 2019)


**OT1282576** (approx. Jun 11, 2019)


**OT1282550** (approx. Jun 11, 2019)


**OT1282548** (approx. Jun 11, 2019)


**OT1282538** (approx. Jun 11, 2019)


**OT1282531** (approx. Jun 11, 2019)


**OT1282529** (approx. Jun 11, 2019)


**OT1282521** (approx. Jun 11, 2019)


**OT1285347** (approx. Apr 03, 2019)


**OT1285348** (approx. Apr 03, 2019)


**OT1285352** (approx. Apr 03, 2019)


**OT1285356** (approx. Apr 03, 2019)


**OT1285363** (approx. Apr 03, 2019)


**OT1285367** (approx. Apr 03, 2019)


**OT1285359** (approx. Apr 03, 2019)


**OT1285360** (approx. Apr 03, 2019)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9470702401
Page 7 of 7



USCO Registration #: **Not yet issued**

USCO Registration Date: **October 12, 2020**

USCO Application Case #: **1-9471028611**

# IMAGERIGHTS DEPOSIT COPY CERTIFICATE OF WARRANTY

## UNITED STATES COPYRIGHT OFFICE (USCO) REGISTRATION

**ImageRights International, Inc. (ImageRights) is the Applicant** of the aforementioned U.S. Copyright Office registration.

**ImageRights is the duly Authorized Agent** of the Author and Claimant cited in the aforementioned U.S. Copyright Office registration.

**Deposit Copy:** Per the *Compendium of Copyright Office Practices, Third Edition,* (www.copyright.gov/comp3/) the deposit copy is "a physical or electronic embodiment of a work. For copyright registration purposes, the deposit copy should be clear and should contain all of the authorship that the applicant intends to register."

**IMAGERIGHTS WARRANTS THAT THE IMAGES PRESENTED BELOW ARE RESCALED (AND OTHERWISE UNMODIFIED) COPIES OF THE DEPOSIT COPIES SUBMITTED TO THE U.S. COPYRIGHT OFFICE, ALONG WITH THE APPLICATION FOR THE AFOREMENTIONED COPYRIGHT REGISTRATION, AS REQUIRED BY THE *COMPENDIUM OF COPYRIGHT OFFICE PRACTICES, THIRD EDITION, CHAPTERS 1100 AND 1500*.**

This document was created on October 12, 2020.

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9471028611
Page 1 of 3




**OT228679** (approx. Mar 28, 2020)


**OT228680** (approx. Mar 28, 2020)


**OT228676** (approx. Mar 28, 2020)


**OT228677** (approx. Mar 28, 2020)


**OT228678** (approx. Mar 28, 2020)


**OT228675** (approx. Mar 28, 2020)


**OT228673** (approx. Mar 28, 2020)


**OT228674** (approx. Mar 28, 2020)


**OT228672** (approx. Mar 28, 2020)


**OT228671** (approx. Mar 28, 2020)


**OT228669** (approx. Mar 28, 2020)


**OT228667** (approx. Mar 28, 2020)


**OT228666** (approx. Mar 28, 2020)


**OT228664** (approx. Mar 28, 2020)


**OT228663** (approx. Mar 28, 2020)


**OT228662** (approx. Mar 28, 2020)


**OT228660** (approx. Mar 28, 2020)


**OT228659** (approx. Mar 28, 2020)


**OT228656** (approx. Mar 28, 2020)


**OT228655** (approx. Mar 28, 2020)


**OT228653** (approx. Mar 28, 2020)


**OT228652** (approx. Mar 28, 2020)


**OT228651** (approx. Mar 28, 2020)


**OT228649** (approx. Mar 28, 2020)


**OT228648** (approx. Mar 28, 2020)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9471028611
Page 2 of 3



    

**OT228647** (approx. Mar 28, 2020)   **OT228646** (approx. Mar 28, 2020)   **OT228645** (approx. Mar 28, 2020)   **OT228640** (approx. Mar 28, 2020)   **OT228641** (approx. Mar 28, 2020)

   

**OT228639** (approx. Mar 28, 2020)   **OT228637** (approx. Mar 28, 2020)   **OT228636** (approx. Mar 28, 2020)   **OT228635** (approx. Mar 28, 2020)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com



# IMAGERIGHTS DEPOSIT COPY CERTIFICATE OF WARRANTY

## UNITED STATES COPYRIGHT OFFICE (USCO) REGISTRATION

**ImageRights International, Inc. (ImageRights) is the Applicant** of the aforementioned U.S. Copyright Office registration.

**ImageRights is the duly Authorized Agent** of the Author and Claimant cited in the aforementioned U.S. Copyright Office registration.

**Deposit Copy:** Per the *Compendium of Copyright Office Practices, Third Edition,* (www.copyright.gov/comp3/) the deposit copy is "a physical or electronic embodiment of a work. For copyright registration purposes, the deposit copy should be clear and should contain all of the authorship that the applicant intends to register."

**IMAGERIGHTS WARRANTS THAT THE IMAGES PRESENTED BELOW ARE RESCALED (AND OTHERWISE UNMODIFIED) COPIES OF THE DEPOSIT COPIES SUBMITTED TO THE U.S. COPYRIGHT OFFICE, ALONG WITH THE APPLICATION FOR THE AFOREMENTIONED COPYRIGHT REGISTRATION, AS REQUIRED BY THE *COMPENDIUM OF COPYRIGHT OFFICE PRACTICES, THIRD EDITION, CHAPTERS 1100 AND 1500.***

This document was created on October 20, 2020.

ImageRights International, Inc.
51 Melcher Street, 1ˢᵗ Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 1 of 14





**OT190154** (approx. Jan 25, 2013)



**OT190155** (approx. Jan 25, 2013)



**OT190156** (approx. Jan 25, 2013)



**OT190157** (approx. Jan 25, 2013)



**OT190158** (approx. Jan 25, 2013)



**OT190159** (approx. Jan 25, 2013)



**OT190160** (approx. Jan 25, 2013)



**OT190161** (approx. Jan 25, 2013)



**OT190162** (approx. Jan 25, 2013)



**OT190163** (approx. Jan 25, 2013)



**OT190164** (approx. Jan 25, 2013)



**OT190165** (approx. Jan 25, 2013)



**OT190166** (approx. Jan 25, 2013)



**OT190167** (approx. Jan 25, 2013)



**OT190168** (approx. Jan 25, 2013)



**OT190169** (approx. Jan 25, 2013)



**OT190171** (approx. Jan 25, 2013)



**OT190170** (approx. Jan 25, 2013)



**OT190172** (approx. Jan 25, 2013)



**OT190173** (approx. Jan 25, 2013)



**OT143877** (approx. Feb 02, 2013)



**OT143878** (approx. Feb 02, 2013)



**OT143879** (approx. Feb 02, 2013)



**OT143880** (approx. Feb 02, 2013)



**OT143881** (approx. Feb 02, 2013)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 2 of 14





**OT143882** (approx. Feb 02, 2013)



**OT143883** (approx. Feb 02, 2013)



**OT143884** (approx. Feb 02, 2013)



**OT143885** (approx. Feb 02, 2013)



**OT143886** (approx. Feb 02, 2013)



**OT143887** (approx. Feb 02, 2013)



**OT143888** (approx. Feb 02, 2013)



**OT143889** (approx. Feb 02, 2013)



**OT143890** (approx. Feb 02, 2013)



**OT143891** (approx. Feb 02, 2013)



**OT143892** (approx. Feb 02, 2013)



**OT143893** (approx. Feb 02, 2013)



**OT143895** (approx. Feb 02, 2013)



**OT143894** (approx. Feb 02, 2013)



**OT143896** (approx. Feb 02, 2013)



**OT143897** (approx. Feb 02, 2013)



**OT143898** (approx. Feb 02, 2013)



**OT143899** (approx. Feb 02, 2013)



**OT143900** (approx. Feb 02, 2013)



**OT143901** (approx. Feb 02, 2013)



**OT143902** (approx. Feb 02, 2013)



**OT143903** (approx. Feb 02, 2013)



**OT190174** (approx. Feb 11, 2013)



**OT190175** (approx. Feb 11, 2013)



**OT190176** (approx. Feb 11, 2013)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 3 of 14




**OT190177** (approx. Feb 11, 2013)


**OT190178** (approx. Feb 11, 2013)


**OT190179** (approx. Feb 11, 2013)


**OT190180** (approx. Feb 11, 2013)


**OT190181** (approx. Feb 12, 2013)


**OT190182** (approx. Feb 12, 2013)


**OT190184** (approx. Feb 14, 2013)


**OT190183** (approx. Feb 14, 2013)


**OT190185** (approx. Feb 14, 2013)


**OT190186** (approx. Feb 14, 2013)


**OT190187** (approx. Feb 14, 2013)


**OT190188** (approx. Feb 15, 2013)


**OT190189** (approx. Feb 15, 2013)


**OT190190** (approx. Feb 15, 2013)


**OT190191** (approx. Feb 15, 2013)


**OT190192** (approx. Feb 15, 2013)


**OT1251305** (approx. Feb 22, 2013)


**OT1251292** (approx. Feb 22, 2013)


**OT1251287** (approx. Feb 22, 2013)


**OT1251288** (approx. Feb 22, 2013)


**OT1251289** (approx. Feb 22, 2013)


**OT1251290** (approx. Feb 22, 2013)


**OT1251291** (approx. Feb 22, 2013)


**OT1251293** (approx. Feb 22, 2013)


**OT1251294** (approx. Feb 22, 2013)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 4 of 14




**OT1251295** (approx. Feb 22, 2013)


**OT1251296** (approx. Feb 22, 2013)


**OT1251297** (approx. Feb 22, 2013)


**OT1251298** (approx. Feb 22, 2013)


**OT1251299** (approx. Feb 22, 2013)


**OT1251300** (approx. Feb 22, 2013)


**OT1251302** (approx. Feb 22, 2013)


**OT1251301** (approx. Feb 22, 2013)


**OT1251303** (approx. Feb 22, 2013)


**OT1251304** (approx. Feb 22, 2013)


**OT1251312** (approx. Feb 22, 2013)


**OT1251308** (approx. Feb 22, 2013)


**OT1251307** (approx. Feb 22, 2013)


**OT1251306** (approx. Feb 22, 2013)


**OT1251309** (approx. Feb 22, 2013)


**OT1251310** (approx. Feb 22, 2013)


**OT1251311** (approx. Feb 22, 2013)


**OT1251313** (approx. Feb 22, 2013)


**OT1251314** (approx. Feb 22, 2013)


**OT1251316** (approx. Feb 22, 2013)


**OT1251315** (approx. Feb 22, 2013)


**OT1251319** (approx. Feb 22, 2013)


**OT1251318** (approx. Feb 22, 2013)


**OT1251317** (approx. Feb 22, 2013)


**OT1251320** (approx. Feb 22, 2013)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 5 of 14



    

**OT1251321** (approx. Feb 22, 2013)   **OT1251322** (approx. Feb 22, 2013)   **OT1251323** (approx. Feb 22, 2013)   **OT1251324** (approx. Feb 22, 2013)   **OT1251326** (approx. Feb 22, 2013)

    

**OT1251325** (approx. Feb 22, 2013)   **OT1251327** (approx. Feb 22, 2013)   **OT1251328** (approx. Feb 22, 2013)   **OT1251335** (approx. Feb 22, 2013)   **OT165651** (approx. Mar 01, 2013)

    

**OT165650** (approx. Mar 01, 2013)   **OT165664** (approx. Mar 01, 2013)   **OT165665** (approx. Mar 01, 2013)   **OT165666** (approx. Mar 01, 2013)   **OT165667** (approx. Mar 01, 2013)

    

**OT165668** (approx. Mar 01, 2013)   **OT165669** (approx. Mar 01, 2013)   **OT165670** (approx. Mar 01, 2013)   **OT165671** (approx. Mar 01, 2013)   **OT165652** (approx. Mar 01, 2013)

    

**OT165672** (approx. Mar 01, 2013)   **OT165674** (approx. Mar 01, 2013)   **OT165673** (approx. Mar 01, 2013)   **OT165675** (approx. Mar 01, 2013)   **OT165676** (approx. Mar 01, 2013)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 6 of 14




**OT165677** (approx. Mar 01, 2013)


**OT165653** (approx. Mar 01, 2013)


**OT165654** (approx. Mar 01, 2013)


**OT165655** (approx. Mar 01, 2013)


**OT165656** (approx. Mar 01, 2013)


**OT165657** (approx. Mar 01, 2013)


**OT165658** (approx. Mar 01, 2013)


**OT165659** (approx. Mar 01, 2013)


**OT165660** (approx. Mar 01, 2013)


**OT165662** (approx. Mar 01, 2013)


**OT165661** (approx. Mar 01, 2013)


**OT165663** (approx. Mar 01, 2013)


**OT190193** (approx. Apr 23, 2013)


**OT190194** (approx. Apr 23, 2013)


**OT190195** (approx. Apr 23, 2013)


**OT190196** (approx. Apr 23, 2013)


**OT190197** (approx. Apr 23, 2013)


**OT190198** (approx. Apr 23, 2013)


**OT190199** (approx. Apr 23, 2013)


**OT190200** (approx. Apr 23, 2013)


**OT190201** (approx. Apr 23, 2013)


**OT190202** (approx. Apr 23, 2013)


**OT190203** (approx. Apr 23, 2013)


**OT190204** (approx. Apr 23, 2013)


**OT190206** (approx. Apr 23, 2013)

ImageRights International, Inc.
51 Melcher Street, 1ˢᵗ Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 7 of 14





**OT190205** (approx. Apr 23, 2013)



**OT190207** (approx. Apr 23, 2013)



**OT190208** (approx. Apr 23, 2013)



**OT190209** (approx. Apr 23, 2013)



**OT190210** (approx. Apr 23, 2013)



**OT190212** (approx. Apr 23, 2013)



**OT190211** (approx. Apr 23, 2013)



**OT190213** (approx. Apr 23, 2013)



**OT190214** (approx. Apr 23, 2013)



**OT190215** (approx. Apr 23, 2013)



**OT190216** (approx. Apr 23, 2013)



**OT190217** (approx. May 10, 2013)



**OT190218** (approx. May 10, 2013)



**OT190219** (approx. May 15, 2013)



**OT190221** (approx. May 15, 2013)



**OT190222** (approx. May 15, 2013)



**OT190223** (approx. May 15, 2013)



**OT190224** (approx. May 15, 2013)



**OT190225** (approx. May 15, 2013)



**OT190226** (approx. May 15, 2013)



**OT190227** (approx. May 15, 2013)



**OT190220** (approx. May 15, 2013)



**OT190244** (approx. May 15, 2013)



**OT190245** (approx. May 15, 2013)



**OT190246** (approx. May 15, 2013)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 8 of 14




**OT190247** (approx. May 15, 2013)


**OT190248** (approx. May 15, 2013)


**OT190249** (approx. May 15, 2013)


**OT190250** (approx. May 15, 2013)


**OT190251** (approx. May 15, 2013)


**OT190252** (approx. May 15, 2013)


**OT190253** (approx. May 15, 2013)


**OT190254** (approx. May 15, 2013)


**OT190255** (approx. May 15, 2013)


**OT190228** (approx. May 15, 2013)


**OT190229** (approx. May 15, 2013)


**OT190230** (approx. May 15, 2013)


**OT190231** (approx. May 15, 2013)


**OT190232** (approx. May 15, 2013)


**OT190233** (approx. May 15, 2013)


**OT190234** (approx. May 15, 2013)


**OT190235** (approx. May 15, 2013)


**OT190236** (approx. May 15, 2013)


**OT190237** (approx. May 15, 2013)


**OT190238** (approx. May 15, 2013)


**OT190239** (approx. May 15, 2013)


**OT190240** (approx. May 15, 2013)


**OT190241** (approx. May 15, 2013)


**OT190242** (approx. May 15, 2013)


**OT190243** (approx. May 15, 2013)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 9 of 14




**OT190256** (approx. May 15, 2013)


**OT190257** (approx. May 15, 2013)


**OT190258** (approx. May 15, 2013)


**OT190259** (approx. May 15, 2013)


**OT1251356** (approx. May 20, 2013)


**OT1251355** (approx. May 20, 2013)


**OT1251353** (approx. May 20, 2013)


**OT1251352** (approx. May 20, 2013)


**OT1251351** (approx. May 20, 2013)


**OT1251350** (approx. May 20, 2013)


**OT1251341** (approx. May 20, 2013)


**OT1251340** (approx. May 20, 2013)


**OT1251339** (approx. May 20, 2013)


**OT1251338** (approx. May 20, 2013)


**OT1251337** (approx. May 20, 2013)


**OT1251336** (approx. May 20, 2013)


**OT1251386** (approx. May 20, 2013)


**OT1251378** (approx. May 20, 2013)


**OT1251376** (approx. May 20, 2013)


**OT1251374** (approx. May 20, 2013)


**OT1251373** (approx. May 20, 2013)


**OT1251371** (approx. May 20, 2013)


**OT1251370** (approx. May 20, 2013)


**OT1251369** (approx. May 20, 2013)


**OT1251368** (approx. May 20, 2013)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 10 of 14




**OT1251367** (approx. May 20, 2013)


**OT1251358** (approx. May 20, 2013)


**OT1251357** (approx. May 20, 2013)


**OT1251407** (approx. May 23, 2013)


**OT1251394** (approx. May 23, 2013)


**OT1251389** (approx. May 23, 2013)


**OT1251390** (approx. May 23, 2013)


**OT1251391** (approx. May 23, 2013)


**OT1251392** (approx. May 23, 2013)


**OT1251393** (approx. May 23, 2013)


**OT1251396** (approx. May 23, 2013)


**OT1251395** (approx. May 23, 2013)


**OT1251397** (approx. May 23, 2013)


**OT1251399** (approx. May 23, 2013)


**OT1251398** (approx. May 23, 2013)


**OT1251402** (approx. May 23, 2013)


**OT1251401** (approx. May 23, 2013)


**OT1251400** (approx. May 23, 2013)


**OT1251403** (approx. May 23, 2013)


**OT1251405** (approx. May 23, 2013)


**OT1251404** (approx. May 23, 2013)


**OT1251406** (approx. May 23, 2013)


**OT1251408** (approx. May 23, 2013)


**OT1251409** (approx. May 23, 2013)


**OT1251410** (approx. May 23, 2013)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 11 of 14




**OT1251411** (approx. May 23, 2013)


**OT1251412** (approx. May 23, 2013)


**OT1251413** (approx. May 23, 2013)


**OT1251414** (approx. May 23, 2013)


**OT1251435** (approx. May 23, 2013)


**OT1251426** (approx. May 23, 2013)


**OT1251417** (approx. May 23, 2013)


**OT1251416** (approx. May 23, 2013)


**OT1251415** (approx. May 23, 2013)


**OT1251449** (approx. May 23, 2013)


**OT1251450** (approx. May 23, 2013)


**OT1251451** (approx. May 23, 2013)


**OT1251387** (approx. May 23, 2013)


**OT1251388** (approx. May 23, 2013)


**OT1251209** (approx. Feb 18, 2013)


**OT1251220** (approx. Feb 18, 2013)


**OT1251216** (approx. Feb 18, 2013)


**OT1251213** (approx. Feb 18, 2013)


**OT1251212** (approx. Feb 18, 2013)


**OT1251217** (approx. Feb 18, 2013)


**OT1251222** (approx. Feb 18, 2013)


**OT1251210** (approx. Feb 18, 2013)


**OT1251211** (approx. Feb 18, 2013)


**OT1251257** (approx. Feb 18, 2013)


**OT1251247** (approx. Feb 18, 2013)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 12 of 14




**OT1251244** (approx. Feb 18, 2013)


**OT1251241** (approx. Feb 18, 2013)


**OT1251227** (approx. Feb 18, 2013)


**OT1251225** (approx. Feb 18, 2013)


**OT1251230** (approx. Feb 18, 2013)


**OT1251228** (approx. Feb 18, 2013)


**OT1251233** (approx. Feb 18, 2013)


**OT1251235** (approx. Feb 18, 2013)


**OT1251238** (approx. Feb 18, 2013)


**OT1251242** (approx. Feb 18, 2013)


**OT1251251** (approx. Feb 18, 2013)


**OT1251253** (approx. Feb 18, 2013)


**OT1251252** (approx. Feb 18, 2013)


**OT1251254** (approx. Feb 18, 2013)


**OT1251255** (approx. Feb 18, 2013)


**OT1251256** (approx. Feb 18, 2013)


**OT1251266** (approx. Feb 18, 2013)


**OT1251263** (approx. Feb 18, 2013)


**OT1251261** (approx. Feb 18, 2013)


**OT1251260** (approx. Feb 18, 2013)


**OT1251259** (approx. Feb 18, 2013)


**OT1251258** (approx. Feb 18, 2013)


**OT1251262** (approx. Feb 18, 2013)


**OT1251264** (approx. Feb 18, 2013)


**OT1251265** (approx. Feb 18, 2013)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 13 of 14




**OT1251267** (approx. Feb 18, 2013)


**OT1251268** (approx. Feb 18, 2013)


**OT1251269** (approx. Feb 18, 2013)


**OT1251270** (approx. Feb 18, 2013)


**OT1251273** (approx. Feb 18, 2013)


**OT1251272** (approx. Feb 18, 2013)


**OT1251271** (approx. Feb 18, 2013)


**OT1251276** (approx. Feb 18, 2013)


**OT1251275** (approx. Feb 18, 2013)


**OT1251274** (approx. Feb 18, 2013)


**OT1251277** (approx. Feb 18, 2013)


**OT1251278** (approx. Feb 18, 2013)


**OT1251286** (approx. Feb 18, 2013)


**OT1251354** (approx. May 20, 2013)


**OT1251377** (approx. May 20, 2013)


**OT1251375** (approx. May 20, 2013)


**OT1251372** (approx. May 20, 2013)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: Not yet issued
Registration Case Number: 1-9564435301
Page 14 of 14

# OTTO

October 19, 2012

Dear Paul-

We are delighted that you have agreed to work with OTTO Archive, LLC ("OTTO", "we" or "us") as your exclusive worldwide agent, with the right of first refusal for the sale, licensing and other promotion of the photographic images that you create during the Term hereof (or have created in the past, insofar as such Images are available for licensing pursuant to the terms of any agreements you may have with any third parties) (together, the "Images"). This letter provides information regarding the terms and conditions of our services as well as your responsibilities to OTTO (the "Agreement"). The basic terms are as follows and are more fully set forth below:

      Launch Date: TBD                             Term: Two years, automatically renewable annually
      Images: All images discussed, first right of refusal           Survival Rights: 1 year, exclusive to OTTO
      Your Commission: ▮

**Term:** The Agreement will commence on the date first set forth above (the "Effective Date") and will expire two years from that date (the "Term") unless either party decides to terminate this agreement within ninety (90) days prior to the end of the two year period. If the Agreement is not terminated, it will automatically renew for successive one (1) year periods, and each successive period shall be governed by the Agreement. During the Term, you agree that you will not sell or transfer any ownership interest in any Images accepted by us, as provided herein, or other Images substantially similar to any Image we have accepted to any person, licensing agent or other entity for sale, licensing or exploitation.

**Survival:** Upon termination of the Agreement, you agree that OTTO will retain the rights granted herein regarding any and all Images that were transferred to us pursuant to the terms of the Agreement for a period up to but not to exceed one (1) year from the end of the Term (the "Survival Term"). Any images created after the date of termination are not included in the Survival Term. Paragraphs titled Images, Use of the Images, Commissions and Payments, License Fee Deductions, Responsibilities, Captions/Credits, and General Terms shall survive the termination of the Agreement.

**Images:** Throughout the Term, you shall submit all your Images, (primarily architectural and design related images), to us as they are created or become available, as the case may be, on a continuous, periodic basis, along with all related permissions, releases, agreements and contracts which may govern reuse of the Images. OTTO reserves the right to exclude certain Images, at our sole discretion, which Images will not be included in the Works and for which we shall not be in any way responsible ("Excluded Works"). With respect to all Images you submit which depict architecture or design, you agree to provide OTTO with any restrictions, including written or oral restrictions communicated by the properties and/or property owners, locations, architects, including copies of property releases if you have obtained them, which could limit our ability to license the Works to our clients. If you submit an Image to us without any restrictions, you warrant that we may license such Image for editorial, non-commercial use without further permission from the property or representatives. With regard to commercial usage, we will alert the end client as to the status of the property releases and clearances and the end client will be responsible for securing same.

**Use of the Images:** The Images are intended for editorial and commercial use/licensing by us and our clients.

**Launch Date:** OTTO will attempt to make the Images available for licensing by_____TBD_____, or such other date as may be agreed to between the parties (the "Launch Date"). You agree to terminate any existing agreements that would violate our appointment as your exclusive agent hereunder (the "Conflicting Agreements") no later than the Effective Date of the Agreement; provided, however, that until such Conflicting Agreements have been terminated you may continue to comply with such Conflicting Agreements. Starting on the Effective Date, you will deliver Images to OTTO. We acknowledge and agree that we will not use any such Images in any manner prior to the Launch Date, except to prepare for the Launch Date (i.e. uploading Images to our servers and preparing web pages for such Images).

**Commissions and Payments:** During the Term, you agree to direct all inquiries, solicitations and payments for the Images to OTTO. OTTO will retain ▮▮▮▮▮▮▮▮▮ (the "Commission") of all Fees, which shall be defined as revenues received by OTTO from the sale, licensing or other commercialization of the Images, including net fees received from our subagents, minus any Deductions, as defined herein. Within sixty (60) days from the conclusion of each month in which Fees are received, OTTO will pay you your portion of such Fees and provide you with a statement detailing the payment breakdown. OTTO will not be entitled to any Commission with respect to Fees paid or due prior to the Launch Date.

In the event of non-payment or unauthorized use of Images by OTTO's licensees, clients, subagents or other, you give OTTO full and complete authority to make or institute suit in your name without your prior approval to do so. All resulting recovery shall be apportioned ▮▮▮▮▮▮▮▮▮ to you and ▮▮▮▮▮▮▮ to OTTO after deduction for collection fees, legal fees, subagent commissions and/or other expenses incurred by OTTO in its efforts to resolve the claim. You agree to use best efforts to cooperate with respect to such lawsuits, including without limitation, production of pertinent documents, responding to interrogatories, and appearances at deposition and trial provided your pre-approved expenses are reimbursed by Agency. For the sake of clarity, you agree that whereas the foregoing grants OTTO the complete authority to institute suit, OTTO is not obligated to do so.

**License Fee Deductions:** "Deductions" shall be defined as (a) commissions paid to third parties, if any, including but not limited to referral fees and rights clearances; (b) governmental fees and taxes, bank and wire transfer fees, and other reasonable transaction costs, if any; (c) expenses incurred as a result of any legal claims or collection efforts undertaken on your behalf; and (d) copyright registration.

**Responsibilities:** In addition to your costs and expenses related to creating, producing and retouching the Images, as the case may be, you are also solely responsible for obtaining insurance, permits, releases, and any third-party rights clearances if applicable (including model, property, and intellectual property releases). Images should be delivered in a form and format ready to be published to the OTTO website.

**Captions/Credits:** You shall deliver Images with all caption information that we may require from time-to-time, and you assume all responsibility for claims resulting from insufficient, inaccurate or incorrect captioning. We shall use good faith efforts to advise clients and agents to credit you as the source of the Images, but we shall have no liability for any failure to provide such credit. You agree that credits may list OTTO as your agent.

**General Terms:** In addition to the above, you agree to the following general terms and conditions:

- OTTO may use your image, name, image, likeness and biographical material in connection with the promotion and marketing of the Images

- Each party shall be entitled to injunctive and other equitable relief to prevent or cure any breach or threatened breach of this Agreement, without the necessity to post bond or prove actual damages.
- The parties acknowledge and agree that all right, title and interest in and to your Images, including but not limited to copyright therein, shall be owned solely, in perpetuity, in any and all media, and throughout the world, by you.
- You grant OTTO the right to hold the copyright in your Images only to the extent that such is required for the licensing purposes described in this agreement. You grant OTTO the right, but not the obligation, to register such Images for copyright protection in your name and for your benefit. The costs of copyright registration shall be your responsibility; however, OTTO will request permission from you to register Images for copyright on your behalf prior to incurring costs.
- You represent and warrant to OTTO as follows: (a) you do not hold membership in any trade group or collective society that would otherwise impair your obligations or impose additional requirements on OTTO; (b) the Images do not, and will not, infringe the copyright of any third party, do not contain any matter which violates any applicable law or regulation and, if released, do not and will not defame, violate the right of privacy or publicity, or infringe the trademark or other personal or property interests of any party; (c) you are not a party to any existing agreement, and, during the Term, you will not enter into any agreement for the sale, licensing and other exploitation of the Images; and (d) you guarantee all work has been photographed by you, and you are the exclusive copyright holder of all Images submitted to OTTO.
- Each party (an "Indemnitor") agrees to defend, indemnify, and hold harmless the other party, and its affiliates, officers, directors, employees, and agents (each, an "Indemnitee") from and against any and all third-party claims, and accompanying losses, liabilities, costs, or expenses, including reasonable attorneys' fees, arising out of, or in connection with, any material breach of the Agreement by the Indemnitor, or any duty, representation, or warranty contained therein by, or any act or omission of the Indemnitor, or its employees or agents.
- OTTO shall not be liable for any loss or damage to any Images or other materials submitted to us nor shall OTTO be liable for any claims on work submitted under your name that is not copyrighted and photographed by you. You shall be solely responsible for creating backup copies of Images you submit to us and maintaining adequate insurance for the protection of Images and other materials. Under no circumstances shall OTTO's liability (a) for loss or damage to any analog materials exceed $100 per Image or $10,000 in the aggregate, regardless of the number of claims; and (b) arising out of or related to this Agreement exceed the total amount of Commissions received by OTTO hereunder. OTTO shall not be liable to you under any circumstances arising out of the misuse of the Images by any third party unless due to OTTO's gross negligence or willful misconduct.
- This Agreement incorporates the entire understanding of the parties concerning the subject matter contained herein and supersedes any and all prior agreements and understandings, oral or written, with respect thereto and is to be construed in accordance with the laws of the State of New York; any controversy arising hereunder is to be litigated solely in the federal or state courts of competent jurisdiction in New York County, NY. Neither party may assign the Agreement without the prior written consent of the other party, which consent shall not be unreasonably withheld in the event of a change of control of the assigning party.

By signing below, you acknowledge that understand and agree to the terms described herein. Execution and delivery of this letter agreement may be in counterparts evidenced by facsimile or electronic transmission.

Sincerely,

OTTO, LLC

By: _____
Bill Hannigan, Co-founder

Acknowledged and agreed by Photographer:

Photographer Name:   Paul Costello

Social Security or Tax ID: ▓▓▓▓▓▓▓▓

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Home Telephone: Cell ▓▓▓▓▓▓▓▓

Phone: Business ▓▓▓▓▓▓▓▓

Telephone: Fax:

Email:

Website    paulcostello.net

e   info@OTTOimage.com

# OTTO

Dear Stephen-

We are delighted that you have agreed to work with OTTO Archive, LLC ("OTTO", "we" or "us") as your exclusive worldwide agent, with the right of first refusal for the sale, licensing and other promotion of the photographic images that you create during the Term hereof (or have created in the past, insofar as such Images are available for licensing pursuant to the terms of any agreements you may have with any third parties) (together, the "Images"). This letter provides information regarding the terms and conditions of our services as well as your responsibilities to OTTO (the "Agreement"). The basic terms are as follows and are more fully set forth below:

> **Images: All images discussed, first right of refusal**
> **Term: Two years, automatically renewable annually**
> **Survival Rights: 1 year, exclusive to OTTO**
> **Your Commission:** ██

**Term:** The Agreement will commence on the date first set forth above (the "Effective Date") and will expire two years from that date (the "Term") unless either party decides to terminate this agreement within ninety (90) days prior to the end of the two-year period. If the Agreement is not terminated, it will automatically renew for successive one (1) year periods, and each successive period shall be governed by the Agreement. During the Term, you agree that you will not sell or transfer any ownership interest in any Images accepted by us, as provided herein, or other Images substantially similar to any Image we have accepted to any person, licensing agent or other entity for sale, licensing or exploitation.

**Survival:** Upon termination of the Agreement, you agree that OTTO will retain the rights granted herein regarding any and all Images that were transferred to us pursuant to the terms of the Agreement for a period up to but not to exceed one (1) year from the end of the Term (the "Survival Term"). Any images created after the date of termination are not included in the Survival Term. Paragraphs titled Images, Use of the Images, Commissions and Payments, License Fee Deductions, Responsibilities, Captions/Credits, and General Terms shall survive the termination of the Agreement.

**Images:** Throughout the Term, you shall submit all your Images, (primarily architectural and design related images), to us as they are created or become available, as the case may be, on a continuous, periodic basis, along with all related permissions, releases, agreements and contracts which may govern reuse of the Images. OTTO reserves the right to exclude certain Images, at our sole discretion, which Images will not be included in the Works and for which we shall not be in any way responsible ("Excluded Works"). With respect to all Images you submit which depict architecture or design, you agree to provide OTTO with any restrictions, including written or oral restrictions communicated by the properties and/or property owners, locations, architects, including copies of property releases if you have obtained them, which could limit our ability to license the Works to our clients. If you submit an Image to us without any restrictions, you warrant that we may license such Image for editorial, non-commercial use without further permission from the property or representatives. With regard to commercial usage, we will alert the end client as to the status of the property releases and should clearances be required the end client will be responsible for securing same.

**Use of the Images:** The Images are intended for editorial and commercial use/licensing by us and our clients.

**Launch Date:** OTTO will attempt to make the Images available for licensing by ___December 1st, 2017___, or such other date as may be agreed to between the parties (the "Launch Date"). You agree to terminate any existing agreements that would violate our appointment as your exclusive agent hereunder (the "Conflicting Agreements") no later than the Effective Date of the Agreement; provided, however, that until such Conflicting Agreements have been fully terminated you may continue to comply with such Conflicting Agreements. Starting on the Effective Date, you will deliver Images to OTTO. We acknowledge and agree that we will not use any such Images in any manner prior to the Launch Date, except to prepare for the Launch Date (i.e. uploading Images to our servers and preparing web pages for such Images).

**Commissions and Payments:** During the Term, you agree to direct all inquiries, solicitations and payments for the Images to OTTO. OTTO will retain ████████████ (the "Commission") of all Fees, which shall be defined as revenues received by OTTO from the sale, licensing or other commercialization of the Images, including net fees received from our subagents, minus any Deductions, as defined herein. Within sixty (60) days from the conclusion of each month in which Fees are received, OTTO will pay you your portion of such Fees and provide you with a statement detailing the payment breakdown. OTTO will not be entitled to any Commission with respect to Fees paid or due prior to the Launch Date.

e | info@ottoarchive.com
w | ottoarchive.com



**License Fee Deductions:** "Deductions" shall be defined as (a) commissions paid to third parties, if any, including but not limited to referral fees and rights clearances; and (b) governmental fees and taxes, bank and wire transfer fees, and other reasonable transaction costs, if any.

**Responsibilities:** In addition to your costs and expenses related to creating, producing and retouching the Images, as the case may be, you are also solely responsible for obtaining insurance, permits, releases, and any third-party rights clearances if applicable (including model, property, and intellectual property releases). Images should be delivered in a form and format ready to be published to the OTTO website.

**Captions/Credits:** You shall deliver Images with all caption information that we may require from time-to-time, and you assume all responsibility for claims resulting from insufficient, inaccurate or incorrect captioning. We shall use good faith efforts to advise clients and agents to credit you as the source of the Images, but we shall have no liability for any failure to provide such credit. You agree that credits may list OTTO as your agent.

**General Terms:** In addition to the above, you agree to the following general terms and conditions:

- OTTO may use your image, name, image, likeness and biographical material in connection with the promotion and marketing of the Images
- Each party shall be entitled to injunctive and other equitable relief to prevent or cure any breach or threatened breach of this Agreement, without the necessity to post bond or prove actual damages.
- The parties acknowledge and agree that all right, title and interest in and to your Images, including but not limited to copyright therein, shall be owned solely, in perpetuity, in any and all media, and throughout the world, by you.
- You represent and warrant to OTTO as follows: (a) you do not hold membership in any trade group or collective society that would otherwise impair your obligations or impose additional requirements on OTTO; (b) the Images do not, and will not, infringe the copyright of any third party, do not contain any matter which violates any applicable law or regulation and, if released, do not and will not defame, violate the right of privacy or publicity, or infringe the trademark or other personal or property interests of any party; (c) you are not a party to any existing agreement, and, during the Term, you will not enter into any agreement for the sale, licensing and other exploitation of the Images; and (d) you guarantee all work has been photographed by you, and you are the exclusive copyright holder of all images submitted to OTTO.
- Each party (an "Indemnitor") agrees to defend, indemnify, and hold harmless the other party, and its affiliates, officers, directors, employees, and agents (each, an "Indemnitee") from and against any and all third-party claims, and accompanying losses, liabilities, costs, or expenses, including reasonable attorneys' fees, arising out of, or in connection with, any material breach of the Agreement by the Indemnitor, or any duty, representation, or warranty contained therein by, or any act or omission of the Indemnitor, or its employees or agents.
- OTTO shall not be liable for any loss or damage to any images or other materials submitted to us nor shall OTTO be liable for any claims on work submitted under your name that is not copyrighted and photographed by you. You shall be solely responsible for creating backup copies of Images you submit to us and maintaining adequate insurance for the protection of images and other materials. Under no circumstances shall OTTO's liability (a) for loss or damage to any analog materials exceed $100 per Image or $10,000 in the aggregate, regardless of the number of claims; and (b) arising out of or related to this Agreement exceed the total amount of Commissions received by OTTO hereunder. OTTO shall not be liable to you under any circumstances arising out of the misuse of the Images by any third party unless due to OTTO's gross negligence or willful misconduct.
- This Agreement incorporates the entire understanding of the parties concerning the subject matter contained herein and supersedes any and all prior agreements and understandings, oral or written, with respect thereto and is to be construed in accordance with the laws of the State of New York; any controversy arising hereunder is to be litigated solely in the federal or state courts of competent jurisdiction in New York County, NY. Neither party may assign the Agreement without the prior written consent of the other party, which consent shall not be unreasonably withheld in the event of a change of control of the assigning party.

e | info@ottoarchive.com
w | ottoarchive.com

# OTTO

By signing below, you acknowledge that understand and agree to the terms described herein. Execution and delivery of this letter agreement may be in counterparts evidenced by facsimile or electronic transmission.

Sincerely,

OTTO, (OTTO Archive, LLC)

By: _____
Bill Hannigan, Founder

Acknowledged and agreed by Photographer:

Photographer Name: STEPHEN KENT JOHNSON

Social Security or Tax ID: ███████████████

Address: ███████████████████

Home Telephone: ██████████████

Cell Phone:

Business Telephone:

Website: stephenkentjohnson.com

Email: ███████████████████

e | info@ottoarchive.com
w | ottoarchive.com



Dear Björn:

We are delighted that you have agreed to work with OTTO Archive, LLC ("**OTTO**", "we" or "us") as your exclusive worldwide agent, with the right of first refusal, for the sale, licensing and other promotion of the photographic images that you create during the Term hereof (or have created in the past, insofar as such Images are available for licensing pursuant to the terms of any agreements you may have with any third parties) (together, your "Images"). This letter provides information regarding the terms and conditions of our services as well as your responsibilities to **OTTO**. The basic terms are as follows and are more fully set forth below:

**Launch Date:** October 25, 2012  
**Term:** Two years to start and then 1 year, renewable  
**Your Commission:** ▮▮▮▮

**Images:** Architecture and Design related images  
**Survival Rights:** 1 year

**Term:** This agreement will commence on the date first set forth above and continue for two years. Unless either party decides to terminate this agreement within ninety days prior to the end of the then-current term, it will automatically renew for successive one-year period (the "Term"). For the duration of the Term, you agree that you will not sell or transfer any ownership interest in any Images accepted by us, as provided herein, or other works substantially similar to any Image we have accepted (the "Works"), to any person, licensing agent or other entity for sale, licensing or exploitation. For one year following termination or expiration of the Term, **OTTO** may continue to exercise the license rights granted herein (the "Survival Term").

**Images:** Throughout the Term, you shall submit all your Images (primarily architectural and design related images), to us as they are created or become available, as the case may be, on a continuous, periodic basis, along with all related permissions, releases, agreements and contracts. **OTTO** reserves the right to exclude certain Images, at our sole discretion, which Images will not be included in the Works and for which we shall not be in any way responsible ("Excluded Works"). With respect to all Images you submit which depict architecture or design, you agree to provide **OTTO** with any restrictions, including written or oral restrictions communicated by the properties, locations, architects, including copies of property releases if you have obtained them, which could limit our ability to license the Works to our clients. If you submit an Image without any restrictions, you warrant that we may license such Image for editorial, non-commercial use without further permission from the property or representatives. With regard to commercial usage, we will alert the end client as to the status of the property releases and should clearances need to occur, that will be the responsibility of the end client.

**Use of the Works:** The Works are intended for editorial and commercial use by us and our end clients.

**Launch Date:** **OTTO** will attempt to make the Works available for licensing by TBD or such other date as may be agreed to between the parties (the "Launch Date"). As of the Effective Date you agree to terminate any existing agreements that would violate our appointment as your exclusive agent hereunder (the "Conflicting Agreements"); provided, however, that until such agreements have been fully terminated you may continue to comply with such Conflicting Agreements. Starting on the Effective Date, you will begin to deliver Images to **OTTO**. We acknowledge and agree that we will not use any such Images in any manner prior to the Launch Date, except to prepare for the Launch Date (i.e. uploading Works to our servers and preparing web pages for such Works).

**Commissions and Payments:** During the term of this agreement, you agree to direct all inquiries, solicitations and payments for the Works to **OTTO**. **OTTO** will retain ▮▮▮▮▮▮▮ (the "Commission") of all Fees, which shall be defined as revenues *received* by **OTTO** from the sale, licensing or other commercialization of the Works, including net fees received from our subagents, minus any Deductions, as defined herein. Within sixty days from the conclusion of each month in which Fees are received, **OTTO** will pay you your portion of such Fees, along with a statement detailing the payment. **OTTO** will not be entitled to any Commission with respect to Fees paid or due prior to the Launch Date.

**License Fee Deductions:** "Deductions" shall be defined as (a) commissions paid to third parties, if any, including but not limited to referral fees and rights clearances; and (b) governmental fees and taxes, bank and wire transfer fees, and other reasonable transaction costs, if any.

**Responsibilities:** In addition to your costs and expenses related to creating, producing and retouching Images, as the case may be, you are also solely responsible for obtaining insurance, permits, releases, and any third party rights clearances if applicable (including model, property, and intellectual property releases). Images should be delivered in a form and format ready to be published to the **OTTO** website.

**Captions/Credits:** You shall deliver Images with all caption information that we may require from time-to-time, and you assume all responsibility for claims resulting from insufficient, inaccurate or incorrect captioning. We shall use good faith efforts to advise clients and agents to credit you as the source of the Works, but we shall have no liability for any failure to provide such credit. Credits may list **OTTO** as your agent.

e | info@ottoarchive.com  
w | ottoarchive.com



**General Terms:** In addition to the above, you agree to the following general terms and conditions:

- **OTTO** may, with your permission, use your Works, name, image, likeness and biographical material in connection with the promotion and marketing of the Works.
- Each party shall be entitled to injunctive and other equitable relief to prevent or cure any breach or threatened breach of this Agreement, without the necessity to post bond or prove actual damages.
- The parties acknowledge and agree that all right, title and interest in and to your works, including but not limited to copyright therein, shall be owned solely, in perpetuity, in any and all media, and throughout the world, by you.
- You represent and warrant to **OTTO** as follows: (a) you do not hold membership in any trade group or collective society that would otherwise impair your obligations or impose additional requirements on **OTTO**; (b) the Images do not, and will not, infringe the copyright of any third party, do not contain any matter which violates any applicable law or regulation and, if released, do not and will not defame, violate the right of privacy or publicity, or infringe the trademark or other personal or property interests of any party; and (c) you are not a party to any existing agreement, and, during the Term, you will not enter into any agreement for the sale, licensing and other exploitation of the Works.
- Each party (an "Indemnitor") agrees to defend, indemnify, and hold harmless the other party, and its affiliates, officers, directors, employees, and agents (each, an "Indemnitee") from and against any and all third-party claims, and accompanying losses, liabilities, costs, or expenses, including reasonable attorneys' fees, arising out of, or in connection with, any material breach of the Agreement by the Indemnitor, or any duty, representation, or warranty contained therein by, or any act or omission of the Indemnitor, or its employees or agents.
- **OTTO** shall not be liable for any loss or damage to any images or other materials submitted to us. You shall be solely responsible for creating backup copies of images you submit to us and maintaining adequate insurance for the protection of images and other materials. Under no circumstances shall **OTTO's** liability (a) for loss or damage to any analog materials exceed ██ per Image or ██ in the aggregate, regardless of the number of claims; and (b) arising out of or related to this Agreement exceed the total amount of Commissions received by **OTTO** hereunder. **OTTO** shall not be liable to you under any circumstances arising out of the misuse of the Images or the Works by any third party unless due to **OTTO's** gross negligence or willful misconduct.
- This Agreement incorporates the entire understanding of the parties concerning the subject matter contained herein and supersedes any and all prior agreements and understandings, oral or written, with respect thereto and is to be construed in accordance with the laws of the State of New York; any controversy arising hereunder is to be litigated solely in the federal or state courts of competent jurisdiction in New York County, NY. Neither party may assign the Agreement without the prior written consent of the other party, which consent shall not be unreasonably withheld in the event of a change of control of the assigning party.

By signing below, you acknowledge that understand and agree to the terms described herein. Execution and delivery of this letter agreement may be in counterparts evidenced by facsimile or electronic transmission.

Sincerely,

**OTTO**

By: _____
Thea Vaughan, Co-founder

By: _____
Bill Hannigan, Co-founder

Acknowledged and agreed by Photographer:

_____

**Photographer Name:** Bjorn Wallander

**Social Security or Tax ID:** ████████

**Address:** ████████████████

**Home Telephone:**

**Cell Phone:** ████████

**Business Telephone:**

**Email:** ████████████

info@ottoarchive.com

xxxxx.xxlya.com

| | |
|---|---|
| **URL** | https://www.pencilandpaperco.com/blog/2015/07/03/tyne-exterior-landscaping |
| **Date captured** | October 23th 2020, 1:02:08PM |
| **Last updated** | October 23th 2020, 1:02:08PM |
| **Hash** | b842ba92aeab77299e79f44cbfc52d9a4d026fbd4295b2c81cc17bcadd87be46 |

p+p product     shop favorites     blog     residential     press

creative club     about     shop our feed     collaborations

# TYNE EXTERIOR + LANDSCAPING

Save July 03, 2015



Search









We're coming to the end of our project on Tyne Blvd.......and now it's time for the fun exterior details to come together! Currently we're in the process of finalizing the landscape plans. We have been super inspired by repletion of simple ideas. We are currently loving rows of planters filled with boxwoods, simple grassy areas paired back to pea gravel, and the surprise of stripes where you least expect it. Follow along on Instagram to see it all come together in real time.



HANDBAG
FAVORITES









SHOE
FAVORITES









FURNITURE
FAVORITES

















ART
FAVORITES







LIGHTING
FAVORITES









ENTERTAINING
FAVORITES







RUG
FAVORITES







☐ Jeremy Mitchell ☐ Comment          ♥ 0 Likes     ◄ Share
☐ Uncategorized



SWEET NURSERY                    BLACK + WHITE BATHROOMS  ☐



C O M M E N T S  ( 0 )          Newest First    Subscribe via e-mail







| | |
|---|---|
| **URL** | https://www.pencilandpaperco.com/blog/2019/5/28/friday-favorites |
| **Date captured** | October 23th 2020, 1:02:39PM |
| **Last updated** | October 23th 2020, 1:02:39PM |
| **Hash** | 4e0f6f3f4ca0ae891b3741b82b22c71e78a20232125b0143802ecca9aa2ede87 |

# PENCIL & PAPER CO.

# FRIDAY FAVORITES!

May 31, 2019

Save



<span style="color:orange">amanda lindroth's</span> home in lyford cay, bahamas / photos: björn wallander for house beautiful





get the look with these <span style="color:orange">rattan armchairs</span>!

add a pop of blue and white with these <span style="color:orange">temple jars</span>!

Search









you can view more photos of her island home here!



HANDBAG FAVORITES



*friday favorites...*









SHOE FAVORITES







1. Happy Friday, y'all! If you're like us, then it's super hard not to come down with a major case of wanderlust after browsing the photos of Amanda Lindroth's beautiful Bahamian home. While we're currently working away in the studio, we're definitely in an island state of mind daydreaming about all things rattan, happy colors, cane, and whimsical curiosities that pay homage to the sea, sand, and palms. High on our list of must haves to achieve this Bahamian aesthetic are these vibrant block print napkins, these rattan hurricanes, these seagrass tumblers, and woven trays. If you're wanting more inspiration that will instantly transport you to an island state of mind make sure you snap up some our favorite coffee table books - we adore India Hick's: Island Style, Bunny William's: A House By The Sea, Amanda Lindroth's: Island Hopping, and Slim Aarons: Poolside. Happy reading!



2. Last week, we posted an Instagram of our impromptu al fresco dinner and since then we have received so many questions about the napkins, tablecloth, and flatware! These tablescape essentials by Pottery Barn are our absolute go-to when we're putting together any table whether we're hosting friends or just eating takeout! Curious about some of our other favorites from Pottery Barn? We love these vibrant block print napkins, this embroidered duvet + sheet set (it comes in so many color ways - we love the orange), these classic patterned sheets (you know we can't resist a stripe), and this Turkish patterned indoor/outdoor rug.





3. You know we're all about the high-low and love nothing more than mixing our affordable finds with high-end investment pieces! H&M, one of our go-to sources for fashion finds has so many pieces… not to be missed! We

love this eyelet blouse, this airy tunic, and this flouncy striped midi dress. If you're on the hunt for the perfect white tee, then look no further because we found it here (and it's only $12.99)!

4. We launched our very first fragrance, Southern Gardenia, last week in collaboration with Mer Sea & Co. The sentiment behind the fragrance was to bottle up a fresh, bright scent - with a mix of our favorite gardenia, paired with a touch of delicate jasmine. We hope that Southern Gardenia instantly transports you to summer in the South - where the days are extra long, filled with sunshine, front porch hangs, sweet tea, and the scent of gardenia and jasmine fills the air. You can purchase it here! And be sure to tag us on Instagram - we'd love to see your #southerngardeniatravels this summer!

5. Nothing captivates us more than a statement making earring - especially when they are a DEAL! We just scored the greatest pieces on Amazon and are eagerly awaiting their arrival. Take a peek at these bold blue beauties, these geometric tortoise shell hoops, and these natural double disc drop earrings. Can you believe they're all under $15?!?! Snap them up before they sell out!

6. If you're looking to infuse some island aesthetic into your own home then look no further than Serena & Lily. Their selection of natural pieces offer the perfect nod to coastal living. We love these woven counter stools, this wicker lamp, this textured x-base stool, and this chic rattan bed! Looking to add vibrant pops of color in your space? The visual texture on this patterned wallpaper is amazing! Or add a splash of living coral with this herringbone inspired pattern!

7. You know we have a weakness for a pretty dress… we just found the sweetest pieces that are perfect for summer! We adore this maxi dress in the prettiest grapefruit hue (can













you say HELLO color crush!?). In the mood for more pink? This splurge-worthy dress is swoon worthy along with this hibiscus colored dress. Prefer shades of blue? We're eyeing this printed balloon sleeve dress, this airy cotton dress (it's under $60!), this tiered striped number (we love the tie strap details). P.S. One of our very favorite dresses is currently 50% off - snap it up here!



8. Our go-to, J.Crew, just launched the most darling new pieces! We can hardly contain our excitement and want to add nearly everything to our carts. Curious about our top picks? Our summer must haves include this tie waist eyelet dress (the scalloped trim is amazing), this breezy organic cotton skirt, and this popover skirt in Liberty. We're also crushing on this patterned cotton pajama set and this cropped stripe set (the emerald green color is so happy).

ENTERTAINING FAVORITES



9. Explosions of pattern are our absolute FAVORITE! Take a peek at some of our favorite finds of the week like this floral print skirt, this striped linen kaftan, this frilled cotton check top, and these fun pajamas! We're also crushing hard on this colorful bandana, this ikat pillow, and this striped tote. And because we received so many questions about the vibrant citrus wallpaper in our bathroom we hunted down a source for you all since it's normally trade only!





10. YOU'RE INVITED! We're co-hosting event on June 22nd in Southampton, NY with One Kings Lane to celebrate the launch of our new Alphabet Art series! Sip and shop our products along with some of our favorite brands like Cabana Vintage and Susan Johnson Photography, from 12-4pm, and then celebrate with us from 5-7pm, as we play a lively game of, "This or That," with One King Lane's President, Debbie Propst discussing all things style and design! Interested in attending? Just email rsvp@onekingslane.com! We hope to see you there!

RUG FAVORITES





xo gen

Gen Sohr ☐ Comment

☐ 1 Likes ● Share



☐ GETAWAY FAVORITES!     OUR NEW FAVORITE FINDS FOR UND

C O M M E N T S ( 0 )    Newest First    Subscribe via e-mail











| | |
|---|---|
| **URL** | https://www.pencilandpaperco.com/blog/2019/9/10/friday-favorites |
| **Date captured** | October 23th 2020, 1:03:14PM |
| **Last updated** | October 23th 2020, 1:03:14PM |
| **Hash** | 4e9bbd803048e1b6a9756e4d8a4760026dac886dff483b850d3925fb8d862611 |

# PENCIL & PAPER CO.

p+p product    shop favorites    blog    residential    press

creative club    about    shop our feed    collaborations

# FRIDAY FAVORITES!

September 13, 2019

Save







Search











HANDBAG
FAVORITES







# *friday favorites...*






SHOE
FAVORITES









FURNITURE
FAVORITES









1. Happy Friday, y'all! Our girl crush on Ulla Johnson is no secret… we adore her modern, yet ultra feminine pieces and think that her dresses and blouses are a wardrobe must! Today, we're sharing a peek into her uber chic, Bohemian Brownstone (as seen above)! We always love seeing a space that incorporates stylish elements while still being functional. We've rounded up our favorite finds of the week directly inspired by her warm and sophisticated home - like this patterned dress, this flowy blouse, and this ruffle jumpsuit!



2. Lively colors, playful prints, feminine silhouettes, and updated classics...OH MY! The new, #WithATwist collection at J.Crew has us absolutely smitten! From jewel toned blazers, to cozy cashmere, to pleated skirts, to vintage inspired pieces - it's hard to choose a favorite find! Lucky for you, we rounded up all of our top picks earlier this week for you to shop here!

3. There's truly nothing better than scoring a great vintage find… which is why we love scouring One Kings Lane's vintage shop for unique treasures! They make it super easy to browse their furniture, wall decor, books, art, and more! Curious about our favorite finds? We love this one of a kind

Persian rug, this retro plaque, this French Venetian mirror, and this Japanese porcelain lamp. They even have designer jewelry and accessories like this Hermès belt, this lariat necklace, and this Chanel bracelet.



4. Our not so secret source for home decor, Serena & Lily, just launched their new arrivals! From their chic lighting, to their timeless furniture, to cozy bedding and bath, we are loving all of their pieces! Looking to upgrade your bedroom? We swear by S&L's sheets like these embroidered ones and these sateen ones! Curious about what else we're coveting? This rattan desk and these armchairs are perfection.



5. There's no better time than now to stock up on fall and winter pieces! We've been swooning over all of Tuckernuck's new arrivals like these plaid pants, this whimsical mock neck blouse, and this patterned dress. And we can't forget accessories… like this leopard puff headband, this emerald bag, this tortoise clutch, this colorful neck scarf, and this pearl headband.





6. We are devastated by the destruction in one of our very favorite places, the Bahamas… it truly is the most magical place in the whole world, with the kindest community of people. We hope you'll join us in the effort to rescue, rebuild, and help in the recovery of all those effected by Hurricane Dorian. If you're looking for a way to help, please consider donating here, or by purchasing a BEACH PARTY tote. We'll be donating 100% of the profits for the month of September to the Head Knowles Foundation, as suggested by @lindrothdesign and @indiahicksstyle. Thank you for helping make a difference!



7. Shopbop has been our go-to for all of our favorite designer pieces like Sea, Rixo, Ulla Johnson, Tory Burch, and more! On the hunt for fall dresses? We can't stop thinking about this wrap silhouette dress, this patterned



maxi, this drop waist beauty, and this eyelet embroidered dress.

8. By now you know we love a deal… which is why we're so excited about Walmart's fall line! We couldn't help but share some of our favorites like this leopard sweater, this wool coat, these resin hoops, and this animal print skirt. We also love this prairie dress, this ruffle midi, this striped skirt, and this corduroy dress. Want to see what else we're eyeing? We love this polka dot skirt, this maxi dress, and these open toed mules.



9. Have you purchased your ticket to Creative Camp yet?!? Creative Camp (happening November 1st-3rd in Nashville, TN), brings together like-minded creatives together for a weekend of business strategy, learning from our favorite girl bosses, shopping, creative fun, and of course cocktails and lots of delicious food. And speaking of girl bosses… we are so excited to have Ann Mashburn, Lake Pajamas, Pamela Munson, Weezie Towels, Kayce Hughes, Margaux, Dixie Design, CW Stockwell, and Amanda Lindroth as part of our Saturday Panel! Interested in attending? You can save your spot here!







10. Y'all asked, we answered… since launching our Color Studies and Alphabet Art with One Kings Lane, we've received so many inquiries from y'all needing pieces in a pinch, unframed versions, and smaller sizes. EXCITING NEWS! We're now offering ready-made, unframed 8" x 10" versions of our Color Studies and Alphabet Art available directly on our website! Whether you're looking to add a pop of color to any wall or personalize a space - you can now score our art here! Happy shopping, y'all!

RUG FAVORITES





Photography by Floto+Warner

Styled by Martin Bourne



Gen Sohr ☐ Comment           Share

☐   OUR FAVORITE HOME FINDS FRC CREATIVE CONVERSATIONS: ANN M









| | |
|---|---|
| **URL** | https://www.pencilandpaperco.com/blog/2020/2/17/friday-favorites-r8llp-6hkka-pxzfc-sh2rx-c6jpy-w23r7-l5ayx-38d33 |
| **Date captured** | October 23th 2020, 1:03:53PM |
| **Last updated** | October 23th 2020, 1:03:53PM |
| **Hash** | 390623700e72246d6268a2722f265bf05b6a64bee5b9bd2db668ddc26374f5a5 |

# FRIDAY FAVORITES

July 24, 2020







Q Search















HANGBAG
FAVORITES









SHOE
FAVORITES











# *friday favorites...*

FURNITURE
FAVORITES


























1. Happy Friday, y'all! If you have not snapped up the latest issue of Veranda, then we highly recommend doing so! Gracing the front cover is a charming 1930's Connecticut Colonial designed by the uber talented, David Netto! Challenged with the job of reviving this classic beauty, David perfectly infused pops of color, impactful art, playful patterns and exquisite finds for a beautiful transformation! Take a peek below to shop all our favorite finds inspired by this home! Happy Shopping!

2. To make it easy to shop, we've rounded up all our must haves from J.Crew! Curious what's in our carts?!? We love this polka dot midi dress, this one shoulder bow swimsuit, this chambray striped dress, this striped sweater, these rope sandals, this woven bag, and this rattan clutch. And because breezy dresses are a must for summer… take a peek at our favorites like this, this and this! Plus, right now they're offering an EXTRA 60% OFF sale styles so head over to their website to score some amazing deals!

3. It's no secret that Tory Burch is our favorite! At the tippy top of our wishlist? We're swooning over this navy and white embellished puff sleeve tunic! We're also crushing hard on this ruffled wrap dress, this bandana motif trench coat, this striped beach tunic, this ribbon embellished caftan, and these metallic sandals!

4. Our go-to for fun fashion at affordable prices?!? We adore H&M, and this week their new arrivals are so good! Take a peek at this red straw tote, this ruffled satin dress, this orangey red a-line dress, this pretty powder blue dress, this seagrass basket, this sweatshirt dress, this matching floral set (blouse + skirt), and this off the shoulder dress!

5. Sale Alert! For a limited time only you can score up to 20% off Serena & Lily's custom upholstery with the code MADEFORYOU! Serena & Lily is one of our go-to sources for home decor because their wide selection of products are easy-to-customize, beautifully made, and most of their inventory is always in stock and ready to ship! Looking to refresh your space? We think you should take a peek at this sofa, this classic silhouette headboard, and this x-bench!

6. Run, don't walk to Mango because they're hosting a FLASH SALE where you can score up to an extra 20% off with the code EXTRA20! Our picks? We love button up cotton dress, this braided bag (now $16), this striped jumpsuit, these woven cord sandals, this off the shoulder dress, and this ruffled blouse!

7. Looking to update your patio or sunroom?!?! Great news you can score up to 50% off at One Kings Lane! We love this chippendale planter, this chinoiserie garden stool, this scalloped umbrella, this bamboo inspired outdoor dining set, this fun yellow pillow, this rattan ottoman, and this timeless dining chair.

















Case 3:21-cv-00044   Document 1-4   Filed 01/20/21   Page 92 of 101 PageID #: 212

8. Lately, we've been snapping up so many fun masks for a little pattern play with all of our outfits! Our favorites? We love this striped set by J.Crew, this watercolor inspired mask, this blue and white striped mask, this set of five masks from Tory Burch, and this colorful set of masks (10 for just $25)! And speaking of other favorites… we've rounded up all our go-to beauty products like our signature lip color (we wear Chili Pepper), our favorite nail color (the color is DND Red), and this Charlotte Tilbury Glow Tinted Moisturizer (it's our go to during summer instead of foundation because it's so lightweight and has the perfect touch of warmth).



9. Summer is here, and so are stripes! Whether it's a bold, classic stripe or more of an asymmetrical bohemian spin...stripes are always chic. Today, we've rounded up all our very favorites like this straw hat with the sweetest straw detail, this striped shirt dress, this red and blue striped rug, this striped patio chair, this striped rash guard, this striped bar stool, and this striped pillow! Shop more of our stripe favorites here!





10. And because Friday Favorites wouldn't be complete without a vintage roundup… we've curated all of the pieces at tppy top of our wishlist (and some that we think you should snap up before we change our minds)! We are eyeing this, this, this, and this! Friendly reminder that you can shop all our vintage favorites here!



Interior Design by David Netto; architecture by Sam Mitchell; Landscape design by Tim Paterson and Ahmad Sardar-Afkhami; photography by Francesco Lagnese



 Gen Sohr   ☐ Comment     ♡ 0 Likes    ↗ Share



C O M M E N T S ( 0 )

Newest First    Subscribe via e-mail









| | |
|---|---|
| **URL** | https://www.pencilandpaperco.com/blog/2020/2/17/friday-favorites-r8llp-6hkka-pxzfc-sh2rx-c6jpy-w23r7-l5ayx-48s43 |
| **Date captured** | October 23th 2020, 1:04:20PM |
| **Last updated** | October 23th 2020, 1:04:20PM |
| **Hash** | e167ec330b6baecb9522433fb1e7088e2aaa1dc459fc57ee1f7187332fca6cf1 |

# PENCIL & PAPER CO.

# FRIDAY FAVORITES

August 07, 2020

Save







Search

FALL FAVORITES









HANGBAG
FAVORITES











SHOE
FAVORITES











# friday favorites...






FURNITURE FAVORITES







AMAZON FAVORITES





1. Happy Friday, y'all! Color, pattern, and heirlooms, oh my! Step inside the joyous, and sophisticated home of Wes Gordon and Paul Arnhold (as seen above in Architectural Digest). From the cabana striped kitchen ceiling, to the layered patina of their family antiques, to boldly colored textiles, to the floor-to-ceiling windows that capture the picturesque views of the High Line… their home is absolute perfection. Take a peek below to shop all our favorites, directly inspired by this space!

2. Say hello to all the AMAZING new arrivals at our favorite, Tory Burch! It's impossible to choose a favorite pick, so we've rounded up all the pieces we're eyeing like this matching silk set, this printed tie shoulder dress, this yellow floral shirtdress, this striped beach tunic, this floral

turtleneck, this cream corded dress, this powder pink skirt, and this darling fringe cardigan.

3. Speaking of other new pieces… Serena & Lily just released over150 new arrivals, and are they are absolute perfection! We adore this ticking stripe sheet set, this light blue linen console table, this outdoor rattan sconce, this white bistro rattan chair, this swivel outdoor chair, this rattan mirror, this woven screen, this gardenside tray, and this new Kayce Hughes painting.



ART FAVORITES



4. Sale Alert! For a limited time only, you can score up to 70% off select sale styles at J.Crew! We adore this tie neck plaid blouse, this Italian cotton blazer, these lilac giraffe print pants, this tie shoulder linen top, this tiered striped dress, this Liberty print ruffle neck dress, this tie neck tweed dress, and this white midi dress.



5. Our go-to for fun fashion that's budget friendly? H&M! And this week, they have so many great new pieces that are perfect for transitioning into Fall! Our picks? Check out this collared leopard sleeve dress (swoon), this patterned wrap dress, this floral skirt, this embroidered skirt, these brown slides, this high neck polka dot dress, these metallic sandals, and this puffed sleeve dress!



6. The Nordstrom annual sale is just around the corner (public access starts August 19th)! Are you planning to shop the sale? In anticipation, we've rounded up all our favorites from Nordstrom like these nike sneakers, puffed sleeve dress, this cheetah print midi, these tie dye sandals, this tiered cotton midi, and these leather sandals. And speaking of other favorites from Nordstrom… we can't get enough of their beauty products this Charlotte Tilbury Glow Tinted Moisturizer (we use instead of foundation every day for the perfect glow) and this Charlotte Tilbury Body Shimmer (for the perfect touch of color). Don't forget that you can shop all our beauty favorites here!

LIGHTING FAVORITES





7. Have you browsed Shopbop recently? If not, pop on over to their website to take a peek at this white lace and ruffled top (on sale), this blue eyelet blouse, this smocked dress, this shirred top, this patchwork puffed sleeve top (it's the sweetest), this pretty patterned dress (it might be our favorite), and this floral midi!

8. Lately, we've been loving all the affordable (and fun) finds on Amazon! If you're searching for budget friendly pieces then be sure to take a peek at this bohemian midi dress ($28), this pink neck tassel dress, this smocked polka dot swimsuit ($33), this floral v neck dress, this woven bag ($12), and these self tanning drops (for the perfect glow).

9. By now, you know we love nothing more than a little pattern play! So, we've been making it a point to mix and match all our masks with our daily outfits! Here are the masks we're loving right now like this Tory Burch set, this Liberty print and striped mask set, this bandana motif mask, this gingham mask set, this set of floral embroidered and gingham masks.

10. And because Friday Favorites wouldn't be complete without a vintage roundup…we've curated all of the pieces at the tippy top of our wishlist (and some that we think you should snap up before we change our minds)! This week, we've been coveting vintage glassware (specifically Fostoria goblets) and are eyeing this, this, this, this, this, and this. Friendly reminder that you can shop all our vintage favorites here!











Photography by Stephen Kent Johnson Styled by Mieke ten Have. As seen in Architectural Digest.

Gen Sohr   Comment                                          Share