# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

CASE NO.: 3:21-cv-00044

OTTO ARCHIVE LLC,

    Plaintiff,

v.

PENCIL AND PAPER DEVELOPMENT,
LLC AND BENJAMIN SOHR,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff OTTO ARCHIVE LLC, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: April 28, 2021

    */s/ Daniel M. Novick*
    DANIEL M. NOVICK
    Tennessee Bar Number: 031761
    daniel.novick@sriplaw.com

    **SRIPLAW**
    818 18th Avenue South
    10th Floor
    Nashville, TN 37203
    615.608.4600 – Telephone
    561.404.4353 – Facsimile

    *Counsel for Plaintiff Otto Archive Llc*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on April 28, 2021, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Daniel M. Novick*
Daniel M. Novick

## SERVICE LIST

Ms. Paige Mills
Bass, Berry & Sims PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
pmills@bassberry.com
Attorneys for Pencil and Paper Development, LLC and Benjamin Sohr